FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 JAN 23 PM 12:07

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY BACON,

    Petitioner,

v.

EFFINGHAM COUNTY, GEORGIA,

    Respondent.

CASE NO. CV414-255

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 6.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA