# United States District Court
## *Southern District of Georgia*

Terry Bacon

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV414-255

Effingham County, Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated January 23, 2015, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; denying Bacon's 2254

petition. This action stands closed.

| | |
|---|---|
| Janiary 23, 2015 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |